AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>Tacha, Deanell R. | 2. Court or Organization<br>United States Court of Appeals<br>Tenth Circuit | 3. Date of Report<br><br>April 30, 2004 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Circuit Judge (Active) | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X  Annual  ___ Final | 6. Reporting Period<br><br>1/1/03–12/31/03 |
| 7. Chambers or Office Address<br><br>643 Massachusetts St., Suite 301<br>Lawrence, KS  66044-2292 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| See Attachment #1 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| See Attachment #2 | | $ |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | April 30, 2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | See Attachment #3 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | See Attachment #4 | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 See Attachment #5 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████    Date  4/30/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     April 30, 2004

## I. POSITIONS.

| Position | Name of Organization/Entity |
|---|---|
| Board of Trustees | Saint Paul School of Theology |
| Board of Directors | Kansas Health Foundation |
| Adjunct Faculty | Duke University School of Law |
| Board of Trustees | Kansas University Endowment Association |
| Board of Trustees, Treasurer | American Inns of Court |
| Stockholder & Manager | Reece Family Liability Corporation |
| Stockholder | Reece Family Agricultural Liability Corp. |
| Chair | Kansas Territorial Sesquicentennial Commission |
| Chair | Lawrence/Douglas County Heritage Area Committee |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)   Tacha, Deanell R.   April 30, 2004

## III. NON-INVESTMENT INCOME.

| Date | Source and Type | Gross Income |
|------|-----------------|--------------|
|  | Bureau of Lectures and Concert Artists | Salary |
| 11/17-11/18/03 | Duke University School of Law, teaching fee | $4,265.00 |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)    Tacha, Deanell R.    April 30, 2004

## IV. REIMBURSEMENTS AND GIFTS.

| Source | Description |
|---|---|
| Ohio State University<br>College of Law Speech<br>Columbus, OH<br>April 15-16, 2003 | Air fare, ground transportation, lodging, meals |
| University of Oklahoma<br>College of Law Commencement<br>-Speaker<br>Norman, OK<br>May 10-11, 2003 | Air fare, ground transportation, lodging, meals |
| ABA Annual Meeting<br>Section of Litigation-Speaker<br>San Francisco, CA<br>August 8-10, 2003 | Ground transportation, air fare, lodging |
| American Inns of Court<br>Board Meeting<br>Washington, D.C.<br>October 18-20, 2002 | Ground transportation, air fare, lodging, meals |
| Federal Bar Association<br>Cleveland Chapter<br>Cleveland, OH<br>November 5-7, 2003 | Ground transportation, air fare, lodging, meals |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     April 30, 2004

## VI. LIABILITIES

| Creditor | Description | Value Code* |
|---|---|---|
| University National Bank | Business Loan | L |
| Sallie Mae | ▮▮▮▮▮ Student Loans | L |
| Emprise Bank | Real Estate Loan | M |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     April 30, 2004

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
| 1  Putnam Vista Funds - IRA | B | Div. | L | T | | | | | |
| 2  Putnam Voyager Funds - IRA | B | Div. | L | T | | | | | |
| 3  TIAA Retirement Fund | D | Div. | M | W | | | | | |
| 4  Trust of ▓▓▓ – Value and assets unknown to me-- no income, beneficiary upon their death | | | | | | | | | |
| 5  Putnam Global Growth IRA Fund | B | Div. | K | T | | | | | |
| 6  Putnam Global Growth IRA Funds | B | Div. | K | T | | | | | |
| 7  Bureau of Lectures & Concert Artists (sole stockholder) | A- except ▓▓▓ salary | Int. | M | W | | | | | |
| 8  Real Estate-rental home Lawrence, Douglas County, KS | | | | | SOLD - one half | 1/3/02 | K | | Rob Farhar, Jeff Hatfield |
| | | | | | SOLD by partnership | 7/19/02 | K | | Justin Blick, Holly Robertson |
| 9  Morgan Stanley Dean Witter American Value | | None | J | T | Exchange Redemption | 10/28/03 | J | | Dean Witter |
| 10  MSDW Equity Fund | | None | J | T | Buy | 6/30/98 | J | | Dean Witter |
| 11  MSDW Pacific Growth Fund | | None | J | T | Buy | 1/13/00 | J | | Dean Witter |
| 12  MSDW International Fund | | None | J | T | Exchange Redemption | 10/28/03 | J | | Dean Witter |

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     April 30, 2004

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 13   Reece Family, L.C. | | None | M | T | | | | | |
| 14   Real Estate-Dec. Co | B | Rent | K | T | | | | | |
| 15   Reece Family Agriculture, L.C. | | None | K | T | | | | | |
| 16   MSDW Special Growth Fund | | None | J | T | 10/28/03 | Exchange Purchase | J | | Dean Witter |
| 17   MSDW Value Fund | | None | J | T | 10/28/03 | Exchange Purchase | J | | Dean Witter |
| 18   MSDW Growth Fund | | None | J | T | 10/28/03 | Buy | J | | Dean Witter |
| 19   MSDW Capital Opportunities Fund | | None | J | T | 10/28/03 | Buy | J | | Dean Witter |
| 20   MSDW International Value Equity Fund | | None | J | T | 10/28/03 | Buy | J | | Dean Witter |
| 21   MSDW Value Fund | | None | J | T | 10/28/03 | Buy | J | | Dean Witter |
| 22   MSDW Small-Mid Special Value Fund | | None | J | T | 10/28/03 | Buy | J | | Dean Witter |
| 23   MSDW Pacific Growth Fund | | None | J | T | 10/28/03 | Buy | J | | Dean Witter |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |